Kelly Marie Smith, Esq.
Nevada Bar No. 9192
LAW OFFICES OF CHRISTINE G. MOORE
SALARIED EMPLOYEES OF USAA
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
702-530-3910
kelly.smith2@usaa.com
Attorneys for Defendants,
*Stephen Lienhart and Christopher Lienhart*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROTHMAN, | ) CASE NO.: 2:26-CV-00140-CDS-DJA |
| Plaintiff | ) |
| v. | ) **STIPULATION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| STEPHEN LIENHART; CHRISTOPHER LIENHART; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive; | ) |
| Defendants | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, pursuant to FRCP 41(a)(1)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this __20th__ day of June 2026.

**H & P LAW**

/s/ Marjorie Hauf
_____
MARJORIE L. HAUF, ESQ.
Nevada Bar No. 8111
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
2630 S Jones Boulevard
Las Vegas, NV, 89146
Telephone: 702-628-9888
e-file@courtroomproven.com
*Counsel for Plaintiff*

Dated this __22nd__ day of June 2026.

**LAW OFFICES OF CHRISTINE G. MOORE**

/s/ Kelly Marie Smith
_____
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Direct Line: 702-260-4967
kelly.smith2@usaa.com
*Counsel for Defendants*

*Rothman v. Lienhart*
2:26-cv-00140-CDS-DJA

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: June 22, 2026

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

LAW OFFICES OF CHRISTINE G. MOORE

*/s/ Kelly Marie Smith*
_____
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
702-260-4967 Direct Line
kelly.smith2@usaa.com
Attorneys for Defendants
*Stephen Lienhart and Christopher Lienhart*

2